We see no reason to recede from our original opinion.

The motion will therefore be overruled.

## BRYANT v. STATE.
### No. 22704.

Court of Criminal Appeals of Texas.
Jan. 12, 1944.

John B. Littler, of Big Spring, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

#### BEAUCHAMP, Judge.

The record is before us without bills of exception and without statement of fact. The procedure is regular. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.